```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
                AUGUSTA DIVISION
```

UNITED STATES OF AMERICA,       *
                                *
     v.                         *
                                *
CUSHENA N.L. JORDAN,            *
                                *
     Defendant.                 *     1:15-cr-86-2
                                *
                                *
                                *
                                *
                                *

## O R D E R

Presently before the Court is Defendant Cushena Jordan's motion to delay her report date. (Doc. 40.) In her motion, Defendant indicates she desires to wear a wig in prison because she suffers from alopecia. To do so, she seeks additional time to request medical records from her dermatologist. Defendant also seeks more time to transfer custody of her children to her uncle. Finally, she indicates that she is currently providing investigators additional information with the hope of qualifying for a sentence reduction under Federal Rule of Criminal Procedure 35(b). In light of the above, Defendant moves to extend her report date from July 1, 2016, to August 1, 2016.

Upon due consideration, the Court **DENIES** Defendant's motion. Defendant has had a month since sentencing and five months since pleading guilty to arrange for her medical needs

and the custody of her children. Additionally, absent a motion from the government, the Court sees no reason at present to delay Defendant's report date to facilitate her cooperation for Rule 35 purposes.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2016.

---
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA